# UNITED STATES DISTRICT COURT
## for the
## District of
## Division

Carol Lynn Wagner
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Demo Sales, Inc.
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 8:2020 cv185 T 36 SPF
_(to be filled in by the Clerk's Office)_

Jury Trial: (check one)  ☐ Yes  ☐ No

FILED 2020 JAN 24 PM 1:20 CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA TAMPA, FLORIDA

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Carol Lynn Wagner
- Street Address: 1516 Creekbend Drive
- City and County: Brandon — Hillsborough County
- State and Zip Code: Florida 33510
- Telephone Number: 813-657-8704
- E-mail Address: carolwagner1516@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Defendant No. 1
- Name: Demo Sales, Inc.
- Job or Title (if known): Demonstrator – Event Personnel
- Street Address: 5201 Gateway Blvd, #40
- City and County: Lakeland Polk County
- State and Zip Code: Florida, 33811
- Telephone Number: 866-237-4508
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Demo Sales, Inc. |
| Street Address | 5201 Gateway Blvd, #40 |
| City and County | Lakeland    Polk County |
| State and Zip Code | Florida 33811 |
| Telephone Number | 866-237-4508 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin). I feel that Jerri doesn't like me because I am Jewish.
*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [x] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [ ] Other acts *(specify)*: Jerri Hardy Lowe

*It appears that they are not calling me back. It has been 4 months.*

*has harassed me off + on since 2016*

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

*She is not my supervisor. First she took away direct staff + then she (cover)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

C. I believe that defendant(s) *(check one)*:

- [ ] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

*N/A*

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race
- [ ] color
- [ ] gender/sex
- [x] religion
- [ ] national origin
- [x] age *(year of birth)* 1950 *(only when asserting a claim of age discrimination.)*
- [x] disability, or perceived disability *(specify disability)* Arthritis in right foot + nerve damage in left foot

E. The facts of my case are as follows. Attach additional pages if needed.

A. suspended me for her own evil pleasure in my opinion. It could be that she knows someone who has some skeletons in their closet + the President of the company does nothing about her harassing ways. I cannot understand why she is still employed there. I understand there is a high turnover at the company. Her partner in rudeness is Christine Morton, in my opinion. She is very unprofessional, in my opinion. When she saw my stool she said "Oh no you can't sit down." She impressed me as being very dictatorial. Jerri also told me I could not sit down, even though I have a doctor's note. There was an employee who is no longer with the company and he saw my stool + said I cannot sit down, and + Publix wouldn't like it either. He is ignorant of the ADA and Publix honors the ADA.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

11-25-19

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* Dec, 10, 2019

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☒ less than 60 days have elapsed.

I was called a "veteran" demonstrator
(over)

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I do not have a replacement job left for me, I have no job as of 1-24-20. This is hurting me financially.

Jerri said that sometimes we have to check on our "veteran" demonstrators. That is a dig at age, in my opinion.

I do not believe she has much credibility. Her title is account mgt. She is not my supervisor. My supervisor and I have had a good relationship. Even when the harassment started in 2016, Jerri made a hateful remark to me. I will be happy to tell the court what the remark was.

I have high blood pressure. After I was treated in an evil way, in my opinion and immediately went to my doctor, my blood pressure was elevated and I was hyperventilating.

I am asking for 10 years of salary, which comes to about $50,000.

I am asking for punitive damages of one million dollars, because every day I live in stress and my jaw stays clenched all day + that started on September 20, 2019. This has affected my health in so many ways. I feel like I have PTSD. I worked for Demo Sales for 13 years. I thought it was a security blanket. I

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1, 24, 20

Signature of Plaintiff: *Carol Lynn Wagner*

Printed Name of Plaintiff: Carol Lynn Wagner

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

When Mr. Todd Goodson called Demo Sales to tell them the store was closing. I asked Mr. Goodson to call the company I worked for to notify them.

Jerri is the one who inputs the dates for demos. It appears she is probably the one who kept listing Store 311. Now if she makes a mistake that seems to be okay. I called to avoid people going out to a store that no longer existed. Did I get complimented "no."

I told Jerri I have received compliments from several store managers. Jerri didn't care.